| Docket Number | Date | |
|---|---|---|
| KENcv-89-088 | May 23, 2003 | Electronic file not available at this site. Decision is available for In House viewing only.  355 page paper document may be requested through Inter Library Loan according to the fee schedule. |
| KENcv-89-088 | Sept 10, 2003 | Electronic file not available at this site. Document not available at  DLG Law Library. |

These documents are available at http://www.courts.state.me.us/opinions/superior/index.html